## Commonwealth *v.* Thomas, Appellant.

742

 Submitted November 13, 1967. *Ronald J. Thomas,* appellant, in propria persona; *Robert J. Cassidy,* First Assistant District Attorney, and *Ferdinand F. Bionaz,* District Attorney, for Commonwealth, appellee.

. Order affirmed.